**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| NORTHWEST PIPELINE LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC D. SWANSON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C13-5961 BHS<br><br>ORDER |

Pursuant to the parties' status report (Dkt. 37), the Court sets a new trial date of June 9, 2015. The Clerk shall issue a new case schedule to correspond with this trial date.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2014.

　　　　　　　　　　　　　　　　*/s/ Benjamin H. Settle*
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1